# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2012 SEP 11  PM 4: 07

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ALBERTO LOERA,

                Defendant.

CASE NO. 12-cr-02691-AJB

BY_____DEPUTY

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Heroin(1)

21:952 and 960 - Importation of Methamphetamine (Felony)(2)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/11/12

_____
William V. Gallo
U.S. Magistrate Judge